PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Dante Brown                                                                 Cr.: 20-00005-001
                                                                                              PACTS #: 6774403

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/19/2020

Original Offense:    Count One: Unlawful Transport of Firearms – 18 U.S.C. 922 (g)(1)

Original Sentence: 18 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents, Location Monitoring Program, Forfeiture

Type of Supervision: Supervised Release                       Date Supervision Commenced: 01/20/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mr. Brown is under location monitoring, as per the conditions of his judgment. He asked to be permitted to attend religious services on March 3, 2021. The undersigned officer went to the place of worship on March 3, 2021 and Mr. Brown was not there. When the undersigned officer met with Mr. Brown later that day, he initially stated that he was there and eventually admitted that he did not attend religious services. According to Mr. Brown, he went to the barber shop and was running errands instead of attending religious services, as scheduled. |

Prob 12A – page 2
Dante Brown

U.S. Probation Officer Action:

Mr. Brown's location monitoring schedule has been removed. He is now only permitted to work and attend employment-related appointments. The undersigned officer will continue to closely monitor Mr. Brown's compliance with the requirements of location monitoring and the conditions of his supervision.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erika M. Arnone*

By:   ERIKA M. ARNONE
U.S. Probation Officer

/ ema

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.03.08 15:41:04 -05'00'

LUIS R. GONZALEZ                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

Signature of Judicial Officer

3/15/21
Date