PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Dante Brown

Cr.: 20-00005-001
PACTS #: 6774403

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/19/2020

Original Offense:    Count One: Unlawful Transport of Firearms – 18 U.S.C. Section 922(g)(1)

Original Sentence: 18 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills
Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents, Location
Monitoring Program, Forfeiture

Type of Supervision: Supervised Release                Date Supervision Commenced: 01/20/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

| | |
|---|---|
| 1 | On March 24, 2021, Mr. Brown was stopped by police in Prospect Park, New Jersey and was issued summonses for the following: unlicensed driver, driving while suspended, and view obstruction. Mr. Brown failed to report this law enforcement contact to the undersigned officer within 72 hours. |
| 2 | On March 26, 2021, Mr. Brown tested positive for oxymorphone. He admitted to drinking "soda" and was directed to follow up with his scheduled substance abuse and mental health assessment and treatment at the Human Growth Center. He missed his scheduled appointment for an assessment with the Human Growth Center on March 24, 2021. He missed his scheduled individual therapy session on April 12, 2021. He stated that he missed the phone call for both sessions and has since rescheduled and attended both sessions. He is scheduled to attend individual therapy weekly. |
| 3 | On April 13, 2021, he left his home without a location monitoring schedule. When the undersigned officer responded to the alert, he reported that he was in front of his house meeting with an Imam for Ramadan. He was again reminded that this behavior is unacceptable. He apologized, stating that he "has two weeks left on the bracelet and is not trying to mess it up." |

Prob 12A – page 2
Dante Brown

U.S. Probation Officer Action:

The undersigned officer and Supervising U.S. Probation Officer Gonzalez addressed Mr. Brown's law enforcement contact resulting in the issuance of three summonses during an adjustment session in the office on March 26, 2021.

His positive drug test and missed treatment sessions were also addressed and he was directed to begin attending treatment regularly.  His treatment compliance will continue to be closely monitored.

Lastly, as outlined above, he left his home without a location monitoring schedule on April 13, 2021. The specific rules of location monitoring have been reviewed with Mr. Brown on several occasions, especially after he was previously noncompliant with his location monitoring schedule.

At this time, a status conference with Your Honor is respectfully requested to address the noncompliance and further reinforce the importance of abiding by the conditions set forth by the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ERIKA M. ARNONE
      U.S. Probation Officer

/ ema

APPROVED:

LUIS R. GONZALEZ          Date   4/16/21
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] Schedule a status conference  _5/27/21 at 2:00 p.m. via_  (as recommended by the Probation Office).  _videoconference_

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ]

_____
Signature of Judicial Officer

_____
4/21/21
Date