PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Dante Brown                                                              Cr.: 20-00005-001
                                                                                          PACTS #: 6774403

Name of Sentencing Judicial Officer:   THE HONORABLE MADELINE COX ARLEO
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/19/2020

Original Offense:   Count One: Convicted Felon in Possession of a Firearm- 18 U.S.C. Section 922(g)(1)

Original Sentence: 18 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents, Location Monitoring Program, Forfeiture

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/20/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | During a home visit on August 3, 2021, a drug test was administered, and it yielded positive results for Oxycodone. Mr. Brown then admitted that he took his girlfriend's prescription Promethazine. He stated that he took one pill because he had a headache. |
| | It does not appear that Promethazine would test positive for Oxycodone on a drug screen. Mr. Brown was informed of this and was asked if he used any other illicit drugs. He denied using any other drugs. |

Prob 12A – page 2
Dante Brown

U.S. Probation Officer Action:

Mr. Brown was reminded that it is illegal and dangerous for him to take any prescription medication that is not prescribed to him by a doctor. He was encouraged to discuss this with his therapist in treatment and to take over the counter medication or to visit a doctor if he is not feeling well in the future. He will continue to be randomly drug tested and will continue to attend substance abuse and mental health treatment on an outpatient basis.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erika M. Arnone*

By:   ERIKA M. ARNONE
        U.S. Probation Officer

/ ema

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.08.16 16:46:53 -04'00'

LUIS R. GONZALEZ                    Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Signature of Judicial Officer

8/27/21
_____
Date