PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Dante Brown                                    Cr.: 20-00005-001
                                                                 PACTS #: 6774403

Name of Sentencing Judicial Officer:   THE HONORABLE MADELINE COX ARLEO
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/19/2020

Original Offense:   Count One: Felon in Possession of a Firearm - Etc., 18 U.S.C. Section 922(g)(1)

Original Sentence: 18 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents, Location Monitoring Program, Forfeiture

Type of Supervision: Supervised Release                Date Supervision Commenced: 01/20/2021

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   Mr. Brown was involved in a motor vehicle stop and was issued a ticket for driving while his license is suspended. He failed to report this to the undersigned officer. When asked about the stop, he told this officer that he did not think he needed to report the law enforcement contact since the officer who conducted the motor vehicle stop reportedly told Mr. Brown that the charge would be dismissed.

Prob 12A – page 2
Dante Brown

U.S. Probation Officer Action:

The conditions of supervision were again reviewed with Mr. Brown and the importance of not driving without a license was reiterated. He was encouraged to work to obtain a driver's license and was again reminded to report any, and all law enforcement contact to this officer. The charge remains pending and we will continue to monitor the outcome. At this time, we ask that no formal court action be taken.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erika M. Arnone*

By:   ERIKA M. ARNONE
U.S. Probation Officer

/ ema

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2021.10.22 10:38:20 -04'00'

LUIS R. GONZALEZ                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Signature of Judicial Officer

11-3-21
_____
Date