PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Offender: Dante Brown

Cr.: 20-00005-001
PACTS #: 6774403

Name of Sentencing Judicial Officer:   THE HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/19/2020

Original Offense:   Count One: Unlawful Transport of Firearms – 18 U.S.C. Section 922(g)(1)

Original Sentence: 18 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents, Location Monitoring Program, Forfeiture

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/20/2021

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On November 5, 2021, Mr. Brown was involved in a motor vehicle stop by Paterson Police and was issued a ticket for driving while suspended. He did report the police contact to this officer. He stated that his girlfriend was at the hospital and he was picking up her kids since she was unable to. |

U.S. Probation Officer Action:

This officer spoke to Mr. Brown several times about the benefits of him taking the written and road tests to obtain a valid driver's license as well as the consequences of continuing to drive while his license is suspended.

Prob 12A – page 2
Dante Brown

This is Mr. Brown's third ticket for driving while suspended while under active supervised release. At this time, a status conference with Your Honor is respectfully requested to address the continued noncompliance and further reinforce the importance of abiding by the conditions set forth by the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erika M. Arnone*

By:   ERIKA M. ARNONE
U.S. Probation Officer

/ ema

APPROVED:

_____   Digitally signed by Luis R. Gonzalez
LUIS R. GONZALEZ                         Date: 2021.12.02 10:16:02 -05'00'
Supervising U.S. Probation Officer         Date

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Schedule a status conference  1/25/22 at 2 p.m.  (as recommended by the Probation Office).

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ No Court action to be taken at this time

_____
Signature of Judicial Officer

1-12-22
_____
Date